AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Juneau, Michael J. | Western District of Louisiana | 05/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

800 Lafayette Street, Suite 4200
Lafayette, LA 70501

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Family Trust #2 |
| 2. | Co-tTustee | Family Trust #2 |
| 3. | Co-Trustee | Family Trust #3 |
| 4. | Co-Trustee | Family Trust #4 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Juneau, Michael J.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  YACKX mutual fund | C | Dividend | L | T | | | | | |
| 2.  YACKX | | | | | Buy | 02/11/19 | K | | |
| 3.  YACKX | | | | | Buy (add'l) | 02/12/19 | J | | |
| 4.  GBLFX mutual fund | D | Dividend | M | T | | | | | |
| 5.  GBFLX | | | | | Buy (add'l) | 02/12/19 | J | | |
| 6.  GBFLX | | | | | Buy (add'l) | 08/21/19 | K | | |
| 7.  GBFLX | | | | | Buy (add'l) | 08/22/19 | J | | |
| 8.  HASCX mutual funda | C | Dividend | L | T | | | | | |
| 9.  HASCX | | | | | Buy | 02/11/19 | K | | |
| 10.  ODVYX mutual funda | C | Dividend | L | T | | | | | |
| 11.  ODVYX | | | | | Buy (add'l) | 02/11/19 | J | | |
| 12.  IVWIX mutual funf | D | Dividend | M | T | | | | | |
| 13.  IVWIX | | | | | Buy | 02/11/19 | L | | |
| 14.  IVWIX | | | | | Buy (add'l) | 08/21/19 | L | | |
| 15.  IVWIX | | | | | Buy (add'l) | 08/22/19 | J | | |
| 16.  PRWCX mutual und | D | Dividend | M | T | | | | | |
| 17.  PRWCX | | | | | Buy (add'l) | 08/21/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRBCX mutual fund | C | Dividend | K | T | | | | | |
| 19. TRBCX | | | | | Buy | 02/11/19 | J | | |
| 20. VWIAX mutual fund | D | Dividend | M | T | | | | | |
| 21. VWIAX | | | | | Buy | 08/21/19 | J | | |
| 22. VWIAX | | | | | Buy (add'l) | 08/22/19 | J | | |
| 23. IWP ETF | D | Dividend | M | T | | | | | |
| 24. AOM ETF | D | Dividend | N | T | | | | | |
| 25. AOR ETF | D | Dividend | N | T | | | | | |
| 26. SHM ETF | D | Dividend | N | T | | | | | |
| 27. VNQ ETF | C | Dividend | L | T | | | | | |
| 28. VB ETF | C | Dividend | L | T | | | | | |
| 29. VB | | | | | Buy | 08/22/19 | L | | |
| 30. DODIX mutual fund | E | Dividend | O | T | | | | | |
| 31. DODIX | | | | | Buy (add'l) | 03/26/19 | J | | |
| 32. SGIIX mutual fund | C | Dividend | L | T | | | | | |
| 33. SGIIX | | | | | Buy (add'l) | 02/11/19 | J | | |
| 34. SGIIX | | | | | Buy (add'l) | 08/21/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JBALX mutual fund | D | Dividend | M | T | | | | | |
| 36. FLTRX mutual fund | E | Dividend | O | T | | | | | |
| 37. FLTRX | | | | | Buy (add'l) | 08/22/19 | J | | |
| 38. NUVBX mutual fund | D | Dividend | M | T | | | | | |
| 39. NUVBX | | | | | Buy | 08/22/19 | M | | |
| 40. OAYLX mutual fund | D | Dividend | N | T | | | | | |
| 41. NVHIX mutual fund | D | Dividend | N | T | | | | | |
| 42. JTFXX mutul fund | C | Dividend | L | T | | | | | |
| 43. JTFXX | | | | | Buy | 02/06/19 | K | | |
| 44. JTFXX | | | | | Buy (add'l) | 07/02/19 | K | | |
| 45. JTFXX | | | | | Buy (add'l) | 10/01/19 | K | | |
| 46. PRSMX mutual fund | D | Dividend | N | T | | | | | |
| 47. TGEIX mutual fund | D | Dividend | M | T | | | | | |
| 48. TGEIX | | | | | Buy | 02/11/19 | L | | |
| 49. TGEIX | | | | | Buy (add'l) | 08/22/19 | M | | |
| 50. VWIUX mutual fund | D | Dividend | N | T | | | | | |
| 51. EISMX mutual fund | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. EISMX | | | | | Buy<br>(add'l) | 08/21/19 | J | | |
| 53. CITAX mutual fund | A | Dividend | J | T | | | | | |
| 54. CFAAX mutual fund | A | Dividend | J | T | | | | | |
| 55. CIRAX mutual fund | C | Dividend | J | T | | | | | |
| 56. CCWAX mutual fund | A | Dividend | J | T | | | | | |
| 57. CIMAX mutual fund | C | Dividend | J | T | | | | | |
| 58. Chase Bank cash accounts | B | Interest | O | T | | | | | |
| 59. Capital One Bank cash account | A | Interest | J | T | | | | | |
| 60. Wells Fargo cash account | A | Interest | J | T | | | | | |
| 61. VWIUX mutual fund | D | Dividend | O | T | | | | | |
| 62. VWIUX | | | | | Sold<br>(part) | 04/30/19 | J | A | |
| 63. VWIUX | | | | | Buy<br>(add'l) | 04/30/19 | N | | |
| 64. VWIUX | | | | | Sold<br>(part) | 06/17/19 | N | B | |
| 65. VWIUX | | | | | Sold<br>(part) | 09/10/19 | J | A | |
| 66. VWIUX | | | | | Sold<br>(part) | 09/16/19 | K | B | |
| 67. VWIIUX | | | | | Sold<br>(part) | 12/30/19 | K | B | |
| 68. VTTVX mutual fund | D | Dividend | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. VTTVX | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 70. VSMAX mutual fund | C | Dividend | M | T | | | | | |
| 71. GABAX mutual fund | C | Dividend | M | T | | | | | |
| 72. Prudential Whole Life Policies | A | None | M | T | | | | | |
| 73. NW Mutual Whole Life Policy | A | None | K | T | | | | | |
| 74. Ameritas Whole Life Policies | A | None | L | T | | | | | |
| 75. CSRSX mutual fund | A | None | | | Sold | 02/11/19 | K | C | |
| 76. EEM ETF | A | None | | | Sold | 08/21/19 | M | D | |
| 77. NVHIX mutual fund | A | None | | | Sold | 02/11/19 | N | D | |
| 78. TBGVX mutual fund | A | None | | | Sold | 02/11/19 | L | C | |
| 79. SGRNX mutual fund | A | None | | | Sold | 02/11/19 | L | C | |
| 80. PRFHX mutual fund | | | | | Sold | 02/11/19 | M | D | |
| 81. AAFXX mutual fund | A | None | | | Sold | 12/30/19 | K | C | |
| 82. CBOAX mutual fund | A | None | | | Sold | 12/30/19 | L | C | |
| 83. CWMAX mutual fund | A | None | | | Sold | 12/30/19 | J | C | |
| 84. DODBX mutual fund | A | None | | | Sold<br>(part) | 03/25/19 | N | E | |
| 85. DODBX | | | | | Sold | 06/05/19 | O | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. OAYLX (OAKLX) | A | | | | Sold (part) | 03/22/19 | N | E | |
| 87. OAYLX | | | | | Sold | 06/05/19 | O | E | |
| 88. BVAOX - Y | | | | | | | | | |
| 89. GACIX - Y | | | | | | | | | |
| 90. HFMIX - Y | | | | | | | | | |
| 91. HWMIX - Y | | | | | | | | | |
| 92. JBLAX - Y | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Juneau, Michael J.** | 05/08/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael J. Juneau**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544